Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

---

124 A.3d 736

**Naree ABDULLAH, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,**
**Philadelphia District Attorney's Office, Respondents.**

**No. 115 EM 2015.**

Supreme Court of Pennsylvania.

Oct. 29, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of October, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

---

124 A.3d 736

**James FINK, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 113 EM 2015.**

Supreme Court of Pennsylvania.

Oct. 29, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of October, 2015, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Habeas Corpus and the Petition to Amend are **DENIED**.